# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones |
| This Documents Relates to:<br><br>*Brandon Canup, Plaintiff*<br>Admin Docket No.: 8:20-cv-14021-MCR-GRJ | |

## NOTICE OF DESIGNATED FORUM

Plaintiff, Brandon Canup, by and through counsel of record, files this Notice of Designated Forum, and would show the Court that venue would be proper in the United States District Court, Northern District of Texas absent direct filing on the administrative docket. Plaintiff reserves the right to amend this designation of proper venue and forum, once case specific fact and expert discovery is complete.

Plaintiff therefore requests that the Court take notice of this designation of forum.

Dated: May 10, 2022

Respectfully submitted,

*/s/ Gregory D. Brown*
FLEMING NOLEN & JEZ, LLP
Gregory D. Brown
Texas Bar No. 24078266
2800 Post Oak Blvd., Suite 4000
Houston, Texas 77056
Telephone: (713) 621-7944
Facsimile: (713) 621-9638
gregory_brown@fleming-law.com

## CERTIFICATE OF SERVICE

I do hereby certify that on this 10th day of May 2022, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served using the CM/ECF System.

*/s/ Gregory D. Brown*
Gregory D. Brow