UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *Brandon Canup* Case No. 8:20cv14021 | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

## ORDER

On August 29, 2023, the Court entered Case Management Order ("CMO") 57, ECF No. 3811, which requires any Claimant continuing to litigate rather than participate in the Settlement Program (hereinafter "Litigating Plaintiff") to "meet with the Court in person . . . so that the requirements [of CMO 57] are fully explained as well as the potential risks and benefits of proceeding as a Litigating Plaintiff." ECF No. 3811 at 32. The above-captioned plaintiff(s) elected to continue litigating and therefore must participate in a status conference pursuant to CMO 57.

Accordingly, is **ORDERED** that:

1. The above-captioned plaintiff(s) electing not to participate in settlement must appear *in person*, with counsel (if any), on **March 13, 2024, at 10:00 a.m. C.T., at the United States District Courthouse in Pensacola, Florida, 5th floor courtroom**.

2. At the conference, plaintiff(s) and counsel must be prepared to discuss the obligations for continued participation in the litigation and the benefits of participating in the settlement program.

3. A plaintiff's unexcused failure to appear at this status conference will result in his or her case being dismissed with prejudice.

4. Consistent with CMO 57, prior to meeting with the Court, plaintiff(s) must serve on the defendants through MDL Centrality an attestation of counsel (or of the individual Litigating Plaintiff, for those proceeding *pro se*) that they have performed all obligations set forth in Sections IV–V of CMO 57.

**SO ORDERED**, on this 5th day of February, 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**