# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br>BRANDON CANUP<br><br>PLAINTIFF,<br><br>v.<br><br>3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC,<br><br>DEFENDANTS. | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon<br><br>NOTICE OF APPEARANCE<br><br>Civil Action No.:8:20-cv-14021-MCR-HTC |

## PLAINTIFF'S IDENTIFICATION OF CHOICE OF LAW

Plaintiff Brandon Canup respectfully identifies his choice of law:

## Texas State Law

Texas State Law should apply to his claim. Mr. Canup was a Texas resident when he entered the Army, and continued his Texas residency throughout his military service and at all relevant times of his CAEv2 use. Mr. Canup also currently resides in Texas.

1

Respectfully submitted on this 20th day of February, 2024.

*/s/ David G. Gamble*
DAVID G. GAMBLE
Texas Bar. No. 24040946
LAW OFFICES OF DAVID G. GAMBLE, PLLC
2805 Vermont Ct
Arlington, TX 76001
214-288-7667
davidgamblelaw@gmail.com

Counsel for Brandon Canup

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed electronically through the Court's CM/ECF system on February 20, 2024, which will send notice of filing to all CM/ECF participants.

*/s/ David G. Gamble*
DAVID G. GAMBLE