UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to: *Canup*, 8:20-cv-14021 | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## REFERRAL AND ORDER

Referred to Judge M. Casey Rodgers on <u>February 20, 2024</u>

Motion/Pleadings: <u>UNOPPOSED MOTION TO WITHDRAW AS COUNSEL OF RECORD</u>

Filed by <u> Plaintiff </u> on <u> February 15, 2024 </u> Doc. # <u>10</u>

| | Stipulated | | Joint Pleading |
|---|---|---|---|
| x | Unopposed | | Consented |

JESSICA J. LYUBLANOVITS
CLERK OF COURT
/s/ *Donna Bajzik*
Deputy Clerk: Donna Bajzik

---

On consideration, Plaintiff's motion is **GRANTED**. The Clerk is directed to update the docket accordingly.

**DONE** and **ORDERED** this 20th day of February, 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**