# United States District Court
## CIVIL MINUTES - GENERAL

In Re: **3M Combat Arms Earplug Products Liability Litigation**

Relates to: **8:20-cv-14021 (Canup, Brandon)**

Date: **March 13, 2024**
Case No.: **3:19md2885**

**Judge M. Casey Rodgers**
**Magistrate Judge Hope T. Cannon**

**DOCKET ENTRY: Status Conference.** Attendance of Plaintiff and Counsel in person.

**PRESENT:**

| Honorable **M. Casey Rodgers** | Nathan Adal | Barbara Rogers | Donna Boland |
|---|---|---|---|
| United States District Judge | Law Clerk | Deputy Clerk | Court Reporter |

**APPEARANCES:**

**Lead Counsel for Plaintiff:** David Gamble, Law Offices of David G. Gamble, PLLC

**Plaintiff Leadership Counsel:** Bryan Aylstock and Brad Bradford, Aylstock, Witkin, Kreis, & Overholtz PLLC, Mike Burns, Mike Burns Law

**Lead Counsel for Defendants 3M Co. and Aearo:** Charles Beall, Moore, Hill & Westmoreland, P.A.

**PROCEEDINGS:**

| | |
|---|---|
| 10:06 am | Court in Session |
| | Court discusses the obligations for continued participation in the litigation and the benefits of participating in the settlement program. |
| 11:16 am | Court in Recess |