# United States District Court
## CIVIL MINUTES - GENERAL

| | |
|---|---|
| In Re: **3M Combat Arms Earplug Products Liability Litigation** | Date: **March 13, 2024 @ 10:00 a.m.**<br>Case No.: **3:19md2885** |
| Relates to: **8:20-cv-14021 (Canup, Brandon)** | **Judge M. Casey Rodgers**<br>**Magistrate Judge Hope T. Cannon** |

**DOCKET ENTRY:** Status Conference

Attendance of Plaintiff and Counsel in person.

**PRESENT:**

| | | |
|---|---|---|
| **Honorable    Hope T. Cannon**<br>     **United States Magistrate Judge** | Keri Igney<br>Deputy Clerk | None<br>Court Reporter |

**APPEARANCES:**

| | |
|---|---|
| **Lead Counsel for Plaintiff:** | David Gamble, Law Offices of David G. Gamble, PLLC |
| **Plaintiff Leadership Counsel:** | Bryan Aylstock and Brad Bradford, Aylstock, Witkin, Kreis & Overholtz PLLC<br>Mike Burns, Mike Burns Law |
| **Lead Counsel for Defendants 3M Co. and Aearo:** | Charles Beall, Moore, Hill & Westmoreland |

**PROCEEDINGS:**

| | |
|---|---|
| 10:08 am | Court in Session<br>Conference |
| 1:38 pm | Court in Recess |