UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *Kelly*, Case No. 7:20-cv-36595 *Canup*, Case No. 8:20-cv-14021 | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

## ORDER

The Final Registration deadline for the 3M Settlement Program passed on March 25, 2024. The above-captioned Plaintiffs, Ricky Dean Kelly and Brandon Canup (hereinafter "Plaintiffs"), were eligible to participate in the Settlement Program but elected not to do so. This Order addresses case management requirements for these Plaintiffs separate from those provided in Case Management Order No. 57.

**I.**   ***Lexecon* Waivers**

Within **fourteen (14) days** of the date of this Order, both Plaintiffs and Defendants must file a statement on the individual dockets for Kelly and Canup clearly and unambiguously advising whether they will waive any applicable venue and *forum non conveniens* challenges to the case being tried in this district.[1]

---

[1] *See Lexecon Inc. v. Milberg Weiss Bershad Hynes & Lerach*, 523 U.S. 26 (1998).

### II.     Pleadings

Within **fourteen (14) days** of the date of this Order, Plaintiffs must file a case-specific amended complaint on their individual dockets.  To be clear, Plaintiffs should not use the Short Form Complaint template; instead, they should file Complaints in a standard, long form manner.  Neither Kelly nor Canup may use this opportunity to add new allegations or causes of action to their Complaints.

Defendants are granted **fourteen (14) days** from the date of Plaintiffs' amended pleadings to file a case-specific response to those pleadings.  For any case in which Defendants move to dismiss certain counts in the Complaints, the Plaintiff's response is due within **fourteen (14) days** of the service of the Motion.  *See* N.D. Fla. Loc. R. 7.1(E).

### III.    Statute of Limitations

If Defendants have a good faith basis for believing that the statute of limitations bars a Plaintiff's claim(s) the parties must confer by **Friday, April 26, 2024**, to set a date for an abbreviated deposition limited to the statute of limitations.[2]  Defendants may depose Ricky Dean Kelly and/or Brandon Canup for up to one (1) hour on issues related to a statute of limitations defense alone.  This abbreviated deposition must take place by **Friday, May 31, 2024**.  Defendants will have **fourteen (14) days** from the

---

[2] Defendants raised the statute of limitations defense in their Master Answer, so the defense is preserved.

date of a Plaintiff's abbreviated deposition to file any dispositive motion regarding a statute of limitations defense they, in good faith, believe is warranted. For any case in which such a dispositive motion is filed, the Plaintiff's response is due within **fourteen (14) days** of service. *See* N.D. Fla. Loc. R. 7.1(E). The Court will hold a scheduling conference if the motion is denied, and if no motion on this issue is filed, a scheduling conference will be ordered after the case-specific pleadings are filed.

**SO ORDERED**, on this 17th day of April, 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**