# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br><br>BRANDON CANUP,<br><br>v.<br><br>3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC. | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Gary R. Jones<br><br>MOTION TO SEAL<br><br>Civil Action No: 8:20-cv-14021-MCR-HTC |

## PLAINTIFF BRANDON CANUP'S STATEMENT OF NON-WAIVER

COMES NOW Brandon Canup ("Plaintiff"), by and through the undersigned counsel, and submits this Statement of Non-Waiver, and states as follows:

Respectfully, Plaintiff does <u>not</u>, and will <u>not,</u> waive any applicable venue and/or *forum non conveniens* challenges to this case being tried in this district.

DATED: May 1, 2024

1

Respectfully submitted,

*s/ David G. Gamble*
David G. Gamble, Lead Counsel
Law Offices of David G. Gamble, PLLC
2805 Vermont Ct.
Arlington, Texas 76001
Tel.: (214) 288-7667
davidgamblelaw@gmail.com

***Counsel for Plaintiff Brandon Canup***

## CERTIFICATE OF SERVICE

On this 1st date of May 2024, the undersigned counsel caused a true and correct copy of the foregoing instrument to be served on counsel of record for all Defendants via e-filing and e-mail pursuant to the Federal Rules of Civil Procedure.

*s/ David G. Gamble*