UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:<br>3M COMBAT ARMS EARPLUG<br>PRODUCTS LIABILITY LITIGATION,<br><br>This Document Relates to:<br>*Canup*, Case No. 8:20-cv-14021 | Case No. 3:19-md-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## DEFENDANTS' STATEMENT REGARDING
## VENUE AND *FORUM NON CONVENIENS* CHALLENGES

This Court's April 17, 2024 Order requires the parties to "file a statement [] clearly and unambiguously advising whether they will waive any applicable venue and *forum non conveniens* challenges to the case being tried in this district." Dkt. 15 at 1. Pursuant to that Order, Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC hereby state that they waive any applicable venue and *forum non conveniens* challenges to this case, *Canup v. 3M Company et al.*, No. 8:20-cv-14021 (N.D. Fla.), being tried in the United States District Court for the Northern District of Florida, Pensacola Division.

Dated: May 1, 2024

*/s/ Charles F. Beall, Jr.*
Charles F. Beall, Jr.
Florida Bar No. 66494
cbeall@mhw-law.com
Larry Hill
Florida Bar No. 173908
lhill@mhw-law.com
MOORE, HILL & WESTMORELAND, P.A.
350 West Cedar Street
Maritime Place, Suite 100
Pensacola FL 32502
Telephone: (850) 434-3541

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*