# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *Canup*, Case No. 8:20-cv-14021 | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |

# ORDER

The above-captioned Plaintiff, Brandon Canup, was eligible to participate in the 3M Settlement Program but elected not to do so, making him a "Litigating Plaintiff" subject to the requirements of Case Management Order ("CMO") No. 57. ECF No. 3811, Case No. 3:19-md-2885. Under that CMO, "[a]ll Litigating Plaintiffs who have fulfilled the requirements set forth in th[e] Order must participate in mediation before a Settlement Mediator to be proposed by the Parties and approved and appointed by the Court." CMO 57, ECF No. 3811 at 30. Further, that "[m]ediation must commence within ninety (90) days of the date that the Plaintiff's production and expert requirements have been fulfilled and must continue for at least 90 days following the date on which it commences." *Id.*

Based on communications from BrownGreer regarding CMO 57 compliance, the Court believes that Canup has completed his production requirements under CMO

57 as of May 20, 2024, and thus now enters this Order to clarify case-specific mediation deadlines under CMO 57.

In accordance with CMO 57, it is **ORDERED** that:

1. Mediation in the above-captioned case must commence within **ninety (90) days** of the date that Canup's production and expert requirements have been fulfilled—i.e., by **Monday, August 19, 2024**.

2. Mediation must continue for **at least 90 days** following the date on which mediation commences. The Parties must file a Notice with the Court to inform the undersigned of the mediation commencement date within **two (2) days** of mediation beginning.

3. As the Settlement Mediator must "be proposed by the Parties and approved and appointed by the Court," the Parties must submit a proposed Settlement Mediator to the Court for its approval by **June 28, 2024**. The Parties will share equally in the costs of mediation, *see* CMO 57 at 30, unless the Parties agree the mediation will be conducted by Magistrate Judge Hope Cannon.

**SO ORDERED**, on this 28th day of May, 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**