UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE:<br>3M COMBAT ARMS<br>EARPLUG PRODUCTS LIABILITY<br>LITIGATION,<br><br>This Document Relates to:<br>*Canup*, Case No. 8:20-cv-14021 | Case No. 3:19-MD-02885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## JOINT NOTICE AND MOTION REGARDING MEDIATOR SELECTION

This Court's May 28, 2024 Order required the Parties, consistent with CMO 57, "submit a proposed Settlement Mediator to the Court for its approval … ." Dkt. 25. The Parties have been unable to reach an agreement as to a proposed Settlement Mediator to present to the Court and respectfully request that the Court appoint one. The Parties' respective positions are set forth in relevant part below.

**Defendants' Position**. Given her intimate familiarity with the litigation, and the significant cost savings that the Parties would realize if she conducted the mediation, Defendants proposed to Plaintiff that Magistrate Judge Hope T. Cannon. Defendants further proposed that the mediation occur in person.

**Plaintiff's Position**. Plaintiff disagreed with Defendants' proposal and instead proposed that Dallas-area mediator Jay Zelesky, or another agreed-to private mediator, conduct the mediation. Plaintiff further proposed that the mediation occur virtually rather than in person (e.g., via Zoom). Plaintiff respectfully submits that

an informal settlement discussion with Magistrate Judge Hope T. Cannon has already taken place.

Dated: June 28, 2024

/s/   Charles F. Beall, Jr.
Charles F. Beall, Jr.
Florida Bar No. 66494
*cbeall@mhw-law.com*
Larry Hill
Florida Bar No. 173908
*lhill@mhw-law.com*
MOORE, HILL & WESTMORELAND, P.A.
Maritime Place, Suite 100
350 West Cedar Street
Pensacola FL 32502
Telephone: (850) 434-3541

*Counsel for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Technologies LLC, Aearo Holding, LLC, Aearo Intermediate, LLC and Aearo, LLC*

*/s/ David G. Gamble*
David G. Gamble
LAW OFFICES OF DAVID G. GAMBLE, PLLC
*davidgamblelaw@gmail.com*
2805 Vermont Court
Arlington, TX 76001
Telephone: (214) 288-7667
*Counsel for Plaintiff*