UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to:<br>*Canup*, Case No. 8:20-cv-14021 | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## ORDER

The above-captioned Plaintiff, Brandon Canup, was eligible to participate in the 3M Settlement Program but elected not to do so, making him a "Litigating Plaintiff" subject to the requirements of Case Management Order ("CMO") No. 57. ECF No. 3811, Case No. 3:19-md-2885. Under that CMO, "[a]ll Litigating Plaintiffs who have fulfilled the requirements set forth in th[e] Order must participate in mediation before a Settlement Mediator to be proposed by the Parties and approved and appointed by the Court." CMO 57, ECF No. 3811 at 30. Accordingly, the Court previously ordered that the Parties propose a Settlement Mediator for approval by June 28, 2024, so that mediation could timely commence by August 19, 2024. ECF No. 25.

The Parties have now responded and represent that they "have been unable to reach an agreement as to a proposed Settlement Mediator to present to the Court and respectfully request that the Court appoint one." ECF No. 27 at 1. Defendants propose that Magistrate Judge Hope T. Cannon conduct the mediation in person, while Plaintiff

proposes Dallas-based Jay Zelesky (or "another agreed-to private mediator") conduct the mediation virtually. *Id.*

Taking the Parties' submissions into account alongside the history of this litigation, the Court hereby appoints Magistrate Judge Hope T. Cannon to conduct the mediation proceedings required under Section VI of CMO 57. Appointing Magistrate Judge Cannon, who has a thorough understanding of the issues in this case and the CAEv2 litigation more broadly, will allow for significant efficiencies to be gained in the mediation process. The Court further orders that mediation sessions before Magistrate Judge Cannon be conducted in person.[1] As there are no costs associated with mediating with Magistrate Judge Cannon, there is no need for costs to be shared equally between the Parties, as CMO 57 would otherwise require. All mediation participants must negotiate in good faith.

**SO ORDERED**, on this 2nd day of July, 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

---

[1] To the extent that the Parties are unable to resolve this matter before Magistrate Judge Cannon and wish to mediate privately once the mediation required under CMO 57 is completed, the Parties do not need this Court's approval of a Settlement Mediator.