**Notice of Appeal to a Court of Appeals From an Appealable Order of a District Court**

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION**
**Docket Number Civil Action No: 8:20-cv-14021-MCR-HTC**

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19-md-2885 |
| This Document Relates to: | Judge M. Casey Rodgers Magistrate Judge Hope T. Cannon |
| BRANDON CANUP, | NOTICE OF APPEAL |
| v. | Civil Action No: 8:20-cv-14021-MCR-HTC |
| 3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC. | |

Brandon Canup appeals to the United States Court of Appeals for the Eleventh Circuit from the order (Docket No. 38) of the United States District Court for the Northern District of Florida, Pensacola Division, entered on the 22nd day of August, 2024, denying plaintiff's motion to lift the stay implemented by Case Management Order ("CMO") No. 57 entered in the above-numbered MDL

.

Respectfully submitted,

*s/ David G. Gamble*
David G. Gamble, Lead Counsel
Texas State Bar No. 24040946
Admitted Pro Hac Vice
Law Offices of David G. Gamble, PLLC
2805 Vermont Ct.
Arlington, Texas 76001
Tel.: (214) 288-7667
davidgamblelaw@gmail.com

**Attorney for Brandon Canup**

## CERTIFICATE OF SERVICE

On this 27th date of August 2024, the undersigned counsel caused a true and correct copy of the foregoing instrument to be served on counsel of record for all Defendants via e-filing and e-mail pursuant to the Federal Rules of Civil Procedure.

*s/ David G. Gamble*