UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to:<br>*Canup*, Case No. 8:20-cv-14021 | Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## ORDER

The undersigned referred this case to mediation with Magistrate Judge Cannon on July 2, 2024. Magistrate Judge Cannon held an all-day settlement conference on July 22, 2024. That conference "resulted in an impasse." ECF No. 34. Given that this is the only case at the mediation stage of Case Management Order No. 57, the Court ordered that Defendants explain why mediation should be left open following the impasse. ECF No. 38. Defendants have now responded. ECF No. 42.

The Court concludes that additional mediation with Magistrate Judge Cannon is appropriate. Magistrate Judge Cannon will schedule an additional settlement conference. The Parties may attend remotely by Zoom, and they must arrange any virtual appearance with Magistrate Judge Cannon's chambers once she schedules the settlement conference.

Magistrate Judge Cannon should promptly file a report of the results of the settlement conference or otherwise notify the undersigned of the settlement conference results.

**SO ORDERED**, on this 28th day of August, 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**