UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION | Case No. 3:19md2885 |
| This Document Relates to: *Canup*, Case No. 8:20cv14021 | Judge M. Casey Rodgers Magistrate Judge Hope Cannon |

ORDER

Pursuant to the District Judge's Order referring the matter to the undersigned for an additional settlement conference, Doc. 43, the Court will resume the settlement conference on **September 17, 2024, at 2:45 p.m. (CDT).** Both the parties and their counsel shall attend the conference by Zoom. The link for attending by Zoom will be provided to counsel through email.

DONE AND ORDERED this 28th day of August, 2024.

/s/ *Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**