UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
Civil Hearing Minutes

# Honorable Hope T. Cannon, U.S. Magistrate Judge

**Case Style:** *Brandon Canup vs. 3M Company, et al*
**Case No.:** 8:20-cv-14021/MCR-HTC
**Date:** September 17, 2024
**Hearing:** Settlement Conference via ZOOM

| | | | |
|---|---|---|---|
| **Time Commenced:** | 2:45 p.m. | **Time Concluded:** | 8:55 p.m. |
| **Court Reporter:** | None | | |

**PRESENT:**

**Present for Plaintiff:**
Plaintiff Brandon Canup
David G. Gamble, Esquire

**Present for Defendants 3M Company, 3M Occupational Safety LLC, Aearo Holding LLC, Aearo Intermediate LLC, Aearo LLC, Aearo Technologies, LLC:**
Charles F. Beall, Jr., Esquire
Joanna Wright, Esquire
Eric Rucker, Corporate Representative

**PROCEEDINGS:**

| | |
|---|---|
| 2:45 p.m. | Court in session. |
| | Settlement Conference held via Zoom. |
| | Case settled. |
| 8:55 p.m. | Court adjourned. |

_____
Filed in Open Court
September 17, 2024
Deputy Clerk: kli