UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br>*Canup*, Case No. 8:20cv14021 | Case No. 3:19md2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon |

## **AMENDED ORDER**

This Order amends (but does not supersede) the Court's Order of Dismissal, ECF No. 55, in the following respect:

After expiration of the 30-day period in which the Court retained jurisdiction to reopen the case (*see* ECF No. 55), the Court hereby retains jurisdiction indefinitely for the limited purpose of enforcing the terms of the Parties' settlement agreement.

**DONE and ORDERED** on this 26th day of September 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**