## UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF FLORIDA PENSACOLA DIVISION

| | |
|---|---|
| IN RE: 3M COMBAT ARMS EARPLUG PRODUCTS LIABILITY LITIGATION<br><br>This Document Relates to:<br><br><br>BRANDON CANUP,<br><br>v.<br><br>3M COMPANY, 3M OCCUPATIONAL SAFETY LLC, AEARO HOLDING LLC, AEARO INTERMEDIATE LLC, AEARO LLC, and AEARO TECHNOLOGIES LLC. | Case No. 3:19-md-2885<br><br>Judge M. Casey Rodgers<br>Magistrate Judge Hope T. Cannon<br><br>STIPULATION OF VOLUNTARY DISMISSAL<br><br>Civil Action No: 8:20-cv-14021-MCR-HTC |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE, AND WITHOUT COSTS

COMES NOW Plaintiff Brandon Canup and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), files this Stipulation of Voluntary Dismissal, with prejudice. All parties have agreed to voluntary dismissal of this lawsuit, with prejudice, and with each party bearing its own costs.

STIPULATED AND AGREED:

*/s/ David G. Gamble*
For Plaintiff Brandon Canup

*/s/ Charles F. Beall, Jr.*
For Defendants, 3M Company,
3M Occupational Safety LLC,

1

Aearo Technologies LLC,
Aearo Intermediate, LLC, and Aearo, LLC

Dated: October 13, 2024

Respectfully submitted,

*s/ David G. Gamble*
David G. Gamble, Lead Counsel
Texas State Bar No. 24040946
Law Offices of David G. Gamble, PLLC
2805 Vermont Ct.
Arlington, Texas 76001
Tel.: (214) 288-7667
davidgamblelaw@gmail.com

***Counsel for Plaintiff Brandon Canup***